UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

---

Court File No.01-CV-235 PAM/JGL

Michael Callas, as Trustee
For the Estate of Robin Callas,

Plaintiff,

v.

David DeGear, M.D.

Defendant.

**STIPULATION TO AMEND PRE-TRIAL ORDER AND ORDER**

---

**WHEREAS**, the parties agree that it is necessary to extend the deadline for the defendant to disclose expert witnesses which was established in the Court's Pre-trial Order dated June 4, 2001.

**THEREFORE, IT IS HEREBY** stipulated and agreed to by the undersigned counsel that Court's Scheduling Order be amended as follows:

1. Defendant shall disclose all expert witnesses by November 1, 2001

2. The other deadlines established in the Court's Pre-trial Order dated June 4, 2001 shall remain the same.

DATED: September 26, 2001

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY __________________________

John R. McBride, I.D. No. 69309
Attorneys for Defendant
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131

FILED 10-5-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

DATE: September 25, 2001.

HANSEN, DORDELL, BRADT, ODLAUG & BRADT, PLLP

BY Mary Kay Kolar

Mary Kay Kolar, I.D. No. 202150
Attorneys for Plaintiff
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112

**ORDER**

Pursuant to the Stipulation above, **IT IS HEREBY ORDERED**:

1. Defendant shall disclose all expert witnesses by November 1, 2001

2. The other deadlines established in the Court's Pre-trial Order dated June 4, 2001 shall remain the same.

Date: Oct 4, 2001

Jonathan Lebedoff
United States Magistrate Judge

Doc. #: 111150