UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Callas,

Plaintiff, Civil 01-235 PAM/JGL

v.

David DeGear,

Defendant.

---

**NOTICE OF CANCELLATION OF STATUS CONFERENCE**

The status conference which was scheduled for Monday, April 15, 2002 @ @ 11:00 A.M., before Judge Magnuson, is CANCELLED. The parties will be notified when this is rescheduled.

Dated: April 12, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

APR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK