**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Callas

Plaintiff,

Civil 01-235 PAM

v.

**ORDER OF DISMISSAL**

David DeGear

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 18, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

APR 19 200[illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK