IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 01-CV-235 (PAM/JGL)

Michael Callas, as Trustee
For the Estate of Robin Callas,

Plaintiff,

**ORDER FOR DISTRIBUTION**

David DeGear, M.D.,

Defendant.

This matter came on for hearing before the undersigned Judge of United States District Court for the District of Minnesota, on the 16TH ~~3rd~~ day of May, 2002 on a Petition for Order of Distribution. Plaintiff Michael Callas was present at said hearing. Also appearing was Mary Kay Kolar, attorney for the plaintiff.

Based upon the Petition for Order of Distribution and upon all of the files, records and proceedings herein:

**IT IS HEREBY ORDERED:**

1. The settlement be and hereby is approved.
2. That plaintiff is authorized to settle his claims against the defendant as more fully set forth in the Petition.
3. That plaintiff be and hereby is required to execute and deliver to the defendant a Release and Discharge of liability for any and all injuries and damages arising, or to arise, from the death of Robin Callas,

5-16-02

including without limitation, injuries and damages, mental and physical, past, present, and future, known and unknown, temporary and permanent, direct, consequential, incidental and otherwise.

4. That defendant is hereby directed to pay to Michael Callas, as Trustee for the Heirs of Robin Callas, the sum of Three Hundred Thousand ($300,000.00) Dollars;

5. That plaintiff is authorized and ordered to deduct from said settlement amount and pay to Hansen Dordell, Bradt, Odlaug & Bradt, P.L.L.P., the sum of One Hundred Six Thousand Six Hundred Seventy-Four ($106,674.00) Dollars as and for attorney's fees.

6. That plaintiff is authorized and ordered to deduct from said settlement amount to pay to Hansen, Dordell, Bradt, Odlaug & Bradt, P.L.L.P., the sum of Thirty-Three Thousand Three Hundred Sixteen ($33,316.00) Dollars as reimbursement for their costs and disbursements as set forth in the Petition herein.

7. That plaintiff is authorized and ordered to pay the remaining sum of One Hundred Sixty Thousand Ten ($160,010.00) Dollars to Michael Callas, individually.

8. That defendant shall pay to Blue Cross/Blue Shield of Minnesota the sum of Fifty Thousand ($50,000.00) Dollars in complete satisfaction of Blue Cross' subrogation lien.

9. Upon completion of distribution of the settlement proceeds as authorized by this Order, Michael Callas' duties as Trustee for the Heirs of Robin Callas will be completed, and he will be discharged from further duties as Trustee.

Signed this 16th day of May, 2002.

**BY THE COURT:**

The Honorable Paul A. Magnuson
Sr. Judge of U.S. District Court