**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

---

Court File No.01-CV-235

Michael Callas, as Trustee
For the Estate of Robin Callas,

Plaintiff,

**STIPULATION OF DISMISSAL AND ORDER**

v.

David DeGear, M.D.

Defendant.

---

The above entitled action, having been fully compromised and settled,

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned attorneys, that the same may be and it hereby is dismissed on its merits with prejudice, but without costs or disbursements to any of the parties hereto.

**IT IS FURTHER STIPULATED** that without further notice, the Clerk of the above Court may enter a judgment of dismissal with prejudice and upon the merit, and without costs or disbursements to any of the parties.

DATE: 6/2/02

HANSEN, DORDELL, BRADT, ODLAUG & BRADT, PLLP

BY [signature]
Mary Kay Kolar, I.D. No. 202150
Attorneys for Plaintiff
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112

FILED AUG 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 14 2002
DEPUTY CLERK

DATE: 8/24/02

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY ______________________________

John R. McBride, I.D. No. 69309
Attorneys for Defendant
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

**ORDER FOR JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation of Dismissal With Prejudice between the parties as completed above,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs or disbursements to any party.

Dated: August 12, 2002

**BY THE COURT:**

The Honorable Paul A. Magnuson
Sr. Judge of U.S. District Court

Doc. #: 9973